**Order filed July 21, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00822-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT TYRONE BERNARD, Appellee**

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. MD-348570**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f), that it must inspect the original of State's Exhibit 1. On September 30, 2015, Amri Davison, the official court reporter, filed a video labeled State's Exhibit 1.

The testimony from the suppression hearing and the Findings of Fact and Conclusions of Law from the trial court reflect the parties and court reviewed the dash camera video of Officer Tracy Watson, which was activated approximately two

minutes prior to her turning on the patrol car's emergency lights and stopping the vehicle driven by Albert Bernard. Officer Watson's dash camera video was admitted by the trial court as State's Exhibit 1.

The exhibit filed with this court as State's Exhibit 1 appears to be the dash camera video of Deputy Jacob Manuel while in route to assist Officer Watson.

The clerk of the Galveston County Court No. 3 is directed to deliver to the clerk of this court the original of State's Exhibit 1, the dash camera video of Officer Tracy Watson, on or before **August 1, 2016.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1, the dash camera video of Officer Tracy Watson, to the clerk of the Galveston County Court No. 3.

PER CURIAM